UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOANNE GIBSON,

                Plaintiff,

                                        Case No.  12-11032

v.

                                        HON.  GEORGE CARAM STEEH

BANK OF AMERICA, N.A.,

                Defendant.

_____/

ORDER DISMISSING CASE

On July 10, 2012, the court issued an order to show cause as to why this case should not be dismissed for failure to prosecute.  On July 17, 2012, plaintiff filed a response to the show cause.  In the response, plaintiff requests "time to amend the complaint and serve defendants for good cause."  Plaintiff indicates an eviction case in state court has distracted her from pursuing this case.  While she requests "time to amend the complaint and serve all parties," she fails to indicate how or why she requests amendment of the complaint.  This action names only one defendant; plaintiff refers to "defendants" and serving "all parties" but fails to identify additional parties she wishes to add as defendants.  Plaintiff alternatively asks this court to grant a voluntary dismissal without prejudice.  The court GRANTS plaintiff's request to DISMISS the case without prejudice.

IT IS SO ORDERED.

Dated:  July 25, 2012

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---